AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   TEXAS

Deadra Lynn Combs
V.
City of Huntington, Texas

**EXHIBIT LIST**

Case Number: 9:12-CV-00210-RC

FILED MAY 29 2014 DAVID J. MALAND, CLERK U.S. DISTRICT COURT DEPUTY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. RON CLARK | Mark Aronowitz, Julia Hatcher | Robert Alderman, Jr., Erika Neill |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| May 27, 2014 | CHRIS BICKHAM | FAITH ANN LAURENTS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/27 | X | X | Huntington Municipal Building Floor Plan |
| 2 | | 5/27 | X | X | Application for Employment of Plaintiff |
| 3 | | 5/27 | X | X | Job Analysis form for Municipal Court Judge/Clerk |
| 4 | | 5/27 | X | X | City of Huntington Employee Handbook (Chapter 8) |
| 5 | | 5/27 | X | X | Job Analysis form for City Administrator |
| 6 | | 5/27 | X | X | City of Huntington Organizational Chart |
| 9 | | 5/27 | X | X | Certificate of Attendance of Regional Municipal Court Clerks Seminar, 10/27/08-10/29/08 |
| 10 | | 5/27 | X | X | Certificate of Attendance TMCEC Optional Session, 09/22/08 |
| 11 | | 5/27 | X | X | Certificate of Attendance TMCEC Optional Session, 09/24/08 |
| 12 | | 5/27 | X | X | Employee Performance Evaluation for Plaintiff |
| 16 | | 5/27 | X | X | EEOC Case Log for Plaintiff |
| 17 | | 5/27 | X | X | EEOC Intake Questionnaire of Plaintiff |
| 18 | | 5/27 | X | X | EEOC Response letter to Plaintiff, 01/10/2011 |
| 19 | | 5/27 | X | X | EEOC Charge of Discrimination for Plaintiff, 01/18/2011 |
| 20 | | 5/27 | X | X | EEOC Notice of Charge of Discrimination, 01/21/2011 |
| 21 | | 5/27 | X | X | Employee Warning Report, 02/01/2011 |
| 26 | | 5/27 | X | X | OMNI Add and Modify Transactions for 01/2011 for Defendant's Account |
| 29 | | 5/27 | X | X | EEOC letter re: Possible Amended Charge of Discrimination, 02/02/2011 |
| 30 | | 5/27 | X | X | Authorization for Amended Charge of Discrimination by Plaintiff, 02/05/2011 |
| 31 | | 5/27 | X | X | DOJ Right to Sue letter for Plaintiff |
| 34 | | 5/27 | X | X | Medical Records of Plaintiff from Memorial Med. Ctr., 07/12/2010 (Bates Nos.757, 764-8, 771-77) |
| 42 | | 5/27 | X | X | Monthly Contact Activity Reports 08/08-01/31/11 |

APPROVED: 05/28/2014
By: [signature] Mark Aronowitz

